UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELYN KOMINIK,

    Plaintiff,

v.                                                                Case No: 8:17-cv-370-CEH-AEP

GULF COAST JJ'S HOLDINGS, LLC, *et al.*,

    Defendant.

_____/

## **ORDER**

This matter comes before the Court upon Plaintiff's Motion for Court's Entry of Default Judgment (Doc. 92). By the Motion, Plaintiff seeks entry of a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against the Defendants (Doc. 92). The Court held two telephonic hearings on this matter, on October 23, 2018, and November 26, 2018, respectively. Because Gulf Coast JJ's Holdings, LLC ("Gulf Coast"), through Mr. Weber, failed to produce remaining discovery to the Plaintiff, the Court directed Mr. Weber to appear before the Court on January 16, 2019, to show cause on why the Court should not impose sanctions against Gulf Coast and Mr. Weber. Discovery is yet to be completed in this matter. Accordingly, after due consideration, it is hereby

    ORDERED:

1. Plaintiff's Motion for Court's Entry of Default Judgment (Doc. 92) is DENIED without prejudice.

2. Plaintiff may renew their Motion for Court's Entry of Default Judgment upon completion of discovery.

DONE AND ORDERED in Tampa, Florida, this 14th day of December, 2018.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of record